# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **JOE ARENDS,** *Plaintiff* | § § § § § § § § | |
| **v.** | | **Case No. 1:24-CV-00338-DII** |
| **SYE DUAL ECOMMERCE LLC,** *Defendant* | | |

## **O R D E R**

This case was removed on March 31, 2024. Dkt. 1. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **June 21, 2024**.

**SIGNED** on June 11, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1